# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YAUSMENDA FREEMAN,

    Plaintiff(s),

v.

TRANSUNION, LLC,

    Defendant(s).

Case No. 2:21-cv-01117-JAD-NJK

**ORDER**

On June 15, 2021, the Court ordered Plaintiff to pay the $402 filing fee applicable to civil cases. Docket No. 6. On June 15, 2021, Plaintiff filed papers appearing to indicate that her case is properly characterized as a miscellaneous action seeking relief under Rule 27 of the Federal Rules of Civil Procedure. *See* Docket Nos. 7-8. On June 22, 2021, the Court ordered Plaintiff to clarify the relief she is seeking for purposes of determining the proper filing fee. Docket No. 9 at 2. On June 30, 2021, Plaintiff clarified that she limits the relief requested in this action to perpetuating testimony under Rule 27. Docket No. 11.[1] Given the clarifying limitation provided, the Court will not require Plaintiff to pay the full filing fee for civil cases.[2]

IT IS SO ORDERED.

Dated: August 6, 2021

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] Plaintiff also stated that she reserves the right to seek other relief, which the Court interprets to mean that she reserves the right to seek such relief <u>in a different action</u> since this case is limited as stated above.

[2] Given the changed circumstances, the prior order allowing Defendant to delay responding to Plaintiff's petition/complaint is no longer in effect. *See* Docket No. 6.

1