**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YAUSMENDA FREEMAN,<br><br>                Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC,<br><br>                Defendant. | Case No. 2:21-cv-01117-JAD-NJK<br><br>**UNOPPOSED MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S THIRD AMENDED VERIFIED PETITION TO PERPETUATE TESTIMONY**<br><br>**(FIRST REQUEST)** |

      Plaintiff Yausmenda Freeman ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Unopposed Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Miscellaneous Affidavit.

      1.    On August 20, 2021, Plaintiff filed her Third Amended Verified Petition to Perpetuate Testimony without a Summons and without serving Trans Union.

      2.    On August 31, 2021, counsel for Trans Union communicated with Plaintiff via telephone regarding service of the Third Amended Verified Petition to Perpetuate Testimony as well a stipulated date for Trans Union to file a responsive pleading to the Third Amended

1

5167559.2

Verified Petition to Perpetuate Testimony. Plaintiff agreed Trans Union's responsive pleading deadline would be extended to September 21, 2021.

3. Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Third Amended Verified Petition to Perpetuate Testimony. This Unopposed Motion is made in good faith and not for the purposes of delay.

4. Plaintiff has agreed to stipulated to September 21, 2021 as the deadline for Trans Union has to answer or otherwise respond to Plaintiff's Miscellaneous Affidavit. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Third Amended Petition.

Dated this 31st day of August 2021.

        **Quilling Selander Lownds**
        **Winslett & Moser, P.C.**

        */s/ Jennifer Bergh*
        Jennifer Bergh
        jbergh@qslwm.com
        Nevada Bar No. 14480
        2001 Bryan Street, Suite 1800
        Dallas, Texas 75201
        (214) 560-5460
        (214) 871-2111 Fax
        **Counsel for Trans Union LLC**

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: September 1, 2021

2