# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YAUSMENDA FREEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>    Defendants. | Case No. 2:21-cv-01117-JAD-NJK<br><br>**Order**<br><br>[Docket No. 22] |

Pending before the Court is Petitioner's motion to extend the time to respond to the motion to dismiss. Docket No. 22. For good cause shown, the motion to extend is GRANTED and the deadline to respond to that motion is extended to October 15, 2021.

IT IS SO ORDERED.

Dated: October 8, 2021

                                                                       _____
                                                                        Nancy J. Koppe
                                                                        United States Magistrate Judge