**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
**COUNSEL FOR TRANS UNION LLC**

\*\*Designated Attorney for Personal Service\*\*
Kurt Bond, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YAUSMENDA FREEMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01117-JAD-NJK<br><br>**UNOPPOSED MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED VERIFIED PETITION TO PERPETUATE TESTIMONY**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Yausmenda Freeman ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Unopposed Motion Extending Defendant Trans Union's Time to File a Reply to Plaintiff's Opposition to Trans Union LLC's Motion to Dismiss Plaintiff's Third Amended Verified Petition to Perpetuate Testimony.

　　　　1.　　On September 21, 2021, Trans Union filed its Opposition and Motion to Dismiss Plaintiff's Third Amended Petition to Perpetuate Testimony. On October 15, 2021, Plaintiff filed her Opposition to Trans Union LLC's Motion to Dismiss Plaintiff's Third Amended Petition to Perpetuate Testimony.

2.      On October 20, 2021, counsel for Trans Union communicated with Plaintiff via telephone regarding an extension within which to file a Reply to her Opposition to Trans Union LLC's Motion to Dismiss Plaintiff's Third Amended Petition to Perpetuate Testimony and agreed to a 7 day extension.

3.      Trans Union's counsel needs additional time to review the documents and respond to the allegations in Plaintiff's Opposition to Trans Union LLC's Motion to Dismiss Plaintiff's Third Amended Petition to Perpetuate Testimony.  Furthermore, Counsel for Trans Union will be out of the office for numerous days this week to attend her grandfather's funeral. Furthermore, Trans Union is working with Plaintiff to determine what information Plaintiff specifically seeks from Trans Union in an effort to resolve Plaintiff's Third Amended Petition without the need to utilize further judicial resources.  This Unopposed Motion is made in good faith and not for the purposes of delay.

4.      Plaintiff did not oppose and agreed to October 29, 2021, as the deadline for Trans Union to Reply to her Opposition to Trans Union LLC's Motion to Dismiss Plaintiff's Third Amended Petition to Perpetuate Testimony.

Dated this 22nd day of October, 2021.

**Quilling Selander Lownds Winslett & Moser, P.C.**

/s/ Jennifer Bergh
Jennifer Bergh
jbergh@qslwm.com
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

IT IS SO ORDERED.
Dated:  October 22, 2021
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2

5246626.2